**RICKEY IVIE (S.B.N.: 76864)**
rivie@imwlaw.com
**ANTONIO K. KIZZIE (S.B.N.: 279719)**
akizzie@imwlaw.com
**IVIE, McNEILL & WYATT**
444 S. Flower Street, 18th Floor
Los Angeles, CA 90017-2919
(213) 489-0028/(213) 489-0552 FAX

Attorneys for Defendants COUNTY OF LOS ANGELES, et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERENCE B. TEKOH, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF LOS ANGELES, a municipal entity, DEPUTY CARLOS VEGA, an individual and DOES 1 through 10, inclusive <br><br> Defendants | Case No.: CV 16-7297-GW(SKx) <br><br> [Hon. George H. Wu, Courtroom 9D] <br><br> **JUDGMENT** <br><br><br> Complaint Filed: October 25, 2016 <br> FSC Date: August 31, 2017 <br> Trial Date: October 10, 2017 <br> Closing Date: October 17, 2017 |

1. This case came on regularly for trial on October 10, 2017 to October 17, 2017 in Department 9D of this Court, the Honorable George H. Wu presiding; the Plaintiff appearing by Attorney John Burton from LAW OFFICE OF JOHN BURTON and Maria Cavalluzzi of CAVALLUZZI & CAVALLUZZI, and

**1**
**JUDGMENT**

Defendants appearing by Attorneys Rickey Ivie and Antonio K. Kizzie from IVIE, MCNEILL & WYATT.

2. A jury of 8 persons was regularly impaneled and placed under oath. Witnesses were placed under oath and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury with directions to return a verdict on special issues. The jury deliberated and thereafter returned into court with its special verdict consisting of the special issues submitted to the jury and the answers given thereto by the jury, which said verdict was in words and figures as follows, to wit:

"WE, THE JURY in the above-entitled action, unanimously find as follows on the questions submitted to us:

**QUESTION # 1**

Did Plaintiff prove by a preponderance of the evidence that Defendant Carlos Vega violated Plaintiff's rights by arresting Plaintiff without probable cause?

Answer:   Yes_____          No__X___

If you answered "YES" to Question # 1, please answer Question # 2. If you answered "NO" skip to Question # 3.

**QUESTION # 3**

Did Plaintiff prove by a preponderance of the evidence that Defendant Vega violated Plaintiff's rights by deliberately fabricating evidence or using techniques that were so coercive and abusive that he knew, or was deliberately indifferent, that those techniques would yield false information that was used to criminally charge or prosecute Plaintiff?

Answer:   Yes_____          No__X___

**QUESTION #5**

Did Plaintiff prove by a preponderance of the evidence that Defendant Stangeland violated Plaintiff's rights by deliberately fabricating evidence or using techniques that were so coercive and abusive that he knew, or was deliberately indifferent, that those techniques would yield false information that was used to criminally charge or prosecute Plaintiff?

Answer:     Yes_____          No__X___

It appearing by reason of said special verdict that: Defendant **SGT. CARLOS VEGA and SGT. DENNIS STANGELAND** are entitled to judgment against the plaintiff **TERENCE B. TEKOH**.

Now, therefore, it is **ORDERED, ADJUDGED, AND DECREED** that said Plaintiff **TERENCE B. TEKOH** shall recover nothing by reason of the complaint, and that defendants shall recover costs from said plaintiff **TERENCE B. TEKOH** pursuant to Federal Rule of Civil Procedure 54(d)(1). The cost bill will be submitted directly to this Court for its review and determination.

Dated: November 7, 2017     _____

  **GEORGE H. WU, U.S. District Judge**