John Burton, State Bar No. 86029
jb@johnburtonlaw.com
THE LAW OFFICES OF JOHN BURTON
128 North Fair Oaks Avenue
Pasadena, California  91103
Tel:  (626) 449-8300

Paul Hoffman, State Bar No. 71244
hoffpaul@aol.com
SCHONBRUN, SEPLOW, HARRIS, HOFFMAN & ZELDES, LLP
200 Pier Avenue, Suite 226
Hermosa Beach, California  90254
Tel: (310) 396-0731

Attorneys for Plaintiff Terence B. Tekoh

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| TERENCE B. TEKOH, | Case No.  CV 16-7297-GW-SKx |
|---|---|
| Plaintiff, | **ORDER DISMISSING ENTIRE CASE WITH PREJUDICE FOLLOWING JURY VERDICT FOR DEFENDANT PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| v. | |
| CARLOS VEGA, | |
| Defendants. | |

On January 13, 2026, the Jury returned a special verdict in favor of Defendant Carlos Vega and against Plaintiff Terence Tekoh. Dkt. 514. The Court directed Counsel for Defendant to prepare an appropriate final judgment. Based on the stipulation of the parties that Plaintiff agrees to waive all post-trial motions and his right to appeal in exchange for all defendants, past and present, agreeing to waive all fees and costs to which they may be entitled as the prevailing parties, however,

IT IS ORDERED that the entire action is dismissed with prejudice, all parties to bear their own fees and costs.

Dated: January 23, 2026

_George H. Wu_

HON. GEORGE H. WU,
United States District Judge